TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00461-CR

Ex Parte: Cynthia Tywonna Powell, Appellant

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT

NO. 0945390, HONORABLE BOB PERKINS, JUDGE PRESIDING

PER CURIAM

 Appellant has filed a motion and an amended motion for voluntary dismissal of the
appeal. No decision of this Court has been delivered. The motion is dismissed, the amended
motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).

Before Chief Justice Carroll, Justices Jones and B. A. Smith

Appeal Dismissed on Appellant's Amended Motion

Filed: September 27, 1995

Do Not Publish